## Washburn *v.* Merrills.

### In the Court below,

MEAD MERRILLS, *Petitioner ;* WILLIAM WASHBURN and RACHEL his wife, JARED MUNSON and ELIZABETH his wife, THOMAS DUTTON, and STEPHEN SANFORD, 2d. *Respondents.*

THIS was a petition in chancery to redeem certain lands as mortgaged property, brought to the Superior Court, in August, 1801.

The following facts were set forth in the petition, and found by the Court : On the 18th of November, 1784, *Solomon Sanford,* being indebted to *Rachel M'Donald,* in the sum of 162*l.* 15*s.* executed his promissory notes to her, for the payment of that sum ; and, further security being required, it was agreed between them, that he should execute to her a mortgage deed of two pieces of land, containing about fifty acres, as collateral security for the debt, and to contain a condition, that on payment thereof, the deed should be void.   On the same day, he executed to her a deed of said land, which was intended to be drawn and executed as a mortgage deed, in pursuance of their agreement, but was, by mistake and accident, drawn and executed as an absolute deed.   This mistake was not discovered by *Sanford,* till some time after the deed was delivered.   Miss *M'Donald* was afterwards married to *William Washburn,* who, in 1788, in right of his wife, forced *Sanford* out of possession. On the 18th of February, 1795, *Sanford* conveyed his right in the premises to *Mead Merrills,* the petitioner ; and on the 7th of March, 1801, *Washburn* and his wife sold, by deeds containing the usual covenants of seizin

*It having been agreed between the parties to a deed, that it should be executed as a mortgage deed, which, by mistake and accident, was executed as an absolute deed, chancery will treat it as a mortgage. Parol evidence is admissible to shew the mistake.*

and warranty, the whole of said land, in three several parcels, to *Thomas Dutton*, *Stephen Sanford*, 2d. and *Elizabeth*, wife of *Jared Munson*. Of these facts all the respondents had knowledge, and refused to permit the petitioner to redeem.

The respondents, for answer, pleaded the statute of frauds and perjuries, with an allegation, that there was no note or memorandum in writing of the agreement. This allegation was found, by the Court, to be true.

On the trial of this case, the petitioner offered witnesses to prove the mistake, which was objected to, by the respondents ; but the objection was overruled by the Court, and the witnesses admitted. The respondents, thereupon, filed their bill of exceptions.

The Court decreed, in favour of the petitioner, a redemption of the land, upon his paying the principal and interest due on the notes, and costs of suit.

*Daggett* and *Allen*, for the plaintiffs in error, contended,

1. That the deed being absolute, the possession of *Sanford*, the grantor, was the possession of the grantee, which, with the *actual* possession of the grantee, was more than fifteen years.

2. That the allegation of mistake and accident is insufficient. To this point were cited 1 *Fon. Eq.* 188, *Langley* v. *Brown*, (a) *Harvey* v. *Harvey*, (b) *Joynes* v. *Statham*, (c) and *Baker* v. *Paine*. (d)

(a) 2 *Atk.* 203, [196]  (b) 2 *Ch. Ca.* 180.
(c) 3 *Atk.* 357, [388]  (d) 1 *Ves.* 456

3. That this agreement, being parol, cannot be proved.

*Smith*, (of Woodbury) and *Gould*, for the defendant in error, argued, That a mistake in an instrument is always a head of relief in chancery ; and that the very idea of a mistake precluded its being in writing. They cited *Joynes* v. *Statham*, (e) *Shelburne* v. *Inchiquin*, (f) 1 *Pow. Con.* 432, *Crosby* v. *Middleton*, (g) *Baker* v. *Paine*, (h) *Simpson* v. *Vaughan*, (i) *Henkle* v. *Royal Exchange Assurance Company*, (j) *Pitcairn* v. *Ogbourne*, (k) *Chapman* v. *Allen*, (l) *Matson* v. *Parkhurst*, (m) and *Cook* v. *Preston*. (n)

BY THE WHOLE COURT,

The judgment was affirmed.

(e) 3 *Atk.* 358, [389]      (f) 1 *Br. Ch. Ca.* 341.
(g) *Prec. Ch.* 309.      (h) 1 *Ves.* 459.
(i) 2 *Atk.* 31.      (j) 1 *Ves.* 318.
(k) 2 *Ves.* 376.      (l) *Kirby* 399.
(m) 1 *Root* 404.      (n) 2 *Root* 78.